| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700/Facsimile: (916) 498-5710 |
| 5 | Noa_Oren@fd.org |
| 6 | Attorney for Defendant |
| | COURTNEY D. EAMES |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-00004-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE AND** |
| v. | ) | **EXCLUDE TIME** |
| | ) | |
| COURTNEY D. EAMES, | ) | Date: May 2, 2017 |
| | ) | Time: 9:15 a.m. |
| Defendant. | ) | Judge: John A. Mendez |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Courtney Dale Eames, that the status conference scheduled for May 2, 2017 be vacated and continued to June 6, 2017 at 9:15 a.m.

The reasons for the continuance are that defense counsel requires more time to consult with her client and to continue with defense preparation. The government previously produced approximately 700 pages of discovery and will be making additional discovery available. Defense counsel requires time to review the discovery with Mr. Eames.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 6, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based
Stipulation and Order to Continue Status Conference            -1-            *U.S. v. Eames,* 17-cr-004-JAM

upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 27, 2017                    Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Noa Oren*
                                         NOA OREN
                                         Assistant Federal Defender
                                         Attorney for COURTNEY D. EAMES

DATED: April 27, 2017                    PHILLIP A. TALBERT
                                         United States Attorney

                                         */s/ Owen Roth*
                                         OWEN ROTH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 6, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the May 2, 2017 status conference shall be continued until June 6, 2017, at 9:15 a.m.**

DATED: April 28, 2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge