1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:17-CR-004 JAM

12                        Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                 v.                     FINDINGS AND ORDER

14 COURTNEY DALE EAMES,                   DATE: June 6, 2017
                                          TIME: 9:00 a.m.
15                        Defendant.      COURT: Hon. John A. Mendez

16

17                               **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and Defendant, by and

19 through Defendant's counsel of record, hereby stipulate as follows:

20      1.      This matter is set for a status conference on June 6, 2017.  By this stipulation, the parties

21 now seek to vacate the June 6 date and continue the status conference to July 11, 2017 at 9:15 a.m., and

22 to exclude time between June 6, 2017 and July 11, 2017 at 9:15 a.m., under Local Code T4.

23      2.      The parties agree and stipulate, and request that the Court find the following:

24      a)      The Government has provided discovery comprising approximately 740 pages of

25 documents.

26      b)      Counsel for Defendant is consulting with Defendant about how to proceed with

27 the case, and needs time to review the discovery with Defendant and consult further on how to

28 proceed.  Counsel for Defendant has exercised due diligence but requires additional time.  In

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

particular, the Government is now preparing a plea offer that Counsel will need to review with her client.

c) The parties submit that failure to grant the requested continuance would deny defense counsel reasonable time to consult with his client and assess how to proceed with this case, taking into account the exercise of due diligence.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2017 to July 11, 2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 5, 2017                              PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ OWEN ROTH
                                                 OWEN ROTH
                                                 Assistant United States Attorney


Dated: June 5, 2017                              /s/ NOA OREN
                                                 NOA OREN
                                                 Counsel for Defendant
                                                 COURTNEY DALE EAMES

1
2
3                     **FINDINGS AND ORDER**

4        IT IS SO FOUND AND ORDERED this 5th day of June, 2017.

5
6                                   /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
7                                UNITED STATES DISTRICT COURT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT