HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
COURTNEY D. EAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COURTNEY D. EAMES,<br><br>Defendant. | Case No. 2:17-cr-00004-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: July 25, 2017<br>Time: 9:15 a.m.<br>Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Courtney Dale Eames, that the status conference scheduled for July 25, 2017 be vacated and continued to August 1, 2017 at 9:15 a.m.

The reasons for the continuance are that defense counsel requires more time to consult with her client and to continue with defense preparation. The government previously produced approximately 700 pages of discovery and a settlement offer. Defense counsel requires time to review the discovery and settlement offer with Mr. Eames and determine how to proceed.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 1, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

1  based upon continuity of counsel and defense preparation.

2      Counsel and the defendant also agree that the ends of justice served by the Court granting

3  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

4

5  DATED: July 21, 2017        Respectfully submitted,

6                  HEATHER E. WILLIAMS
                Federal Defender
7

8                  */s/ Noa Oren*
                NOA OREN
9                  Assistant Federal Defender
                Attorney for COURTNEY D. EAMES
10

11
   DATED: July 21, 2017        PHILLIP A. TALBERT
12                 United States Attorney

13                 */s/ Owen Roth*
                OWEN ROTH
14                 Assistant U.S. Attorney
                Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 1, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the July 25, 2017 status conference shall be continued until August 1, 2017, at 9:15 a.m.**

DATED: July 21, 2017

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge