HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
COURTNEY D. EAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COURTNEY D. EAMES,<br><br>Defendant. | Case No. 2:17-cr-00004-JAM<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA**<br><br>Date: August 29, 2017<br>Time: 9:15 a.m.<br>Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney

for Courtney Dale Eames, that the status conference scheduled for August 29, 2017 be vacated

and set for a change of plea hearing on September 12, 2017 at 9:15 a.m.

The reason for the continuance is that counsel for the Government has an unavoidable

conflict and will be out of the country on August 29. The parties agree that September 12, 2017

represents the next best date taking into account counsels' schedules and the Court's availability.

Given that the parties have executed a plea agreement that they are providing to the

Court, the parties submit that the Court does not need to exclude time under the Speedy Trial

Clock between August 29 and September 12. However, this submission is based on the

1  understanding that Defendant will enter a change of plea on September 12.  If that does not

2  occur, the parties will seek to exclude time going forward, if and as appropriate.

3

4  DATED:  August 25, 2017                    Respectfully submitted,

5                                             HEATHER E. WILLIAMS
                                              Federal Defender
6

7                                             /s/ Noa Oren
                                              NOA OREN
8                                             Assistant Federal Defender
                                              Attorney for COURTNEY D. EAMES
9

10

11 DATED:  August 25, 2017                    PHILLIP A. TALBERT
                                              United States Attorney
12
                                              /s/ Owen Roth
13                                            OWEN ROTH
                                              Assistant U.S. Attorney
14                                            Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **It is further ordered the August 29, 2017 status conference shall be vacated and a change of plea hearing set on September 12, 2017, at 9:15 a.m.**

DATED: August 25, 2017

/s/ John A. Mendez_____ _____
HON. JOHN A. MENDEZ
United States District Court Judge